# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LARRY MARSHALL**
ADC #184767                                                                 PLAINTIFF

v.                          No. 4:25-cv-908-DPM

**PULASKI COUNTY JAIL**                                                     DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Marshall hasn't filed an application to proceed *in forma pauperis* or paid the $405 filing and administrative fees; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2025