IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY MARSHALL
ADC #184767                                                                PLAINTIFF

v.                              No. 4:25-cv-908-DPM

PULASKI COUNTY JAIL                                                        DEFENDANT

## JUDGMENT

Marshall's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2025